IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08/64 |
| | : | (Judge Rambo) |
| v. | : | |
| | : | |
| BENJAMIN RICHARD ECKERSON | : | |

FILED
HARRISBURG PA
FEB 13 2008
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

INDICTMENT
COUNT 1
(Production of Child Pornography)

THE GRAND JURY CHARGES THAT:

Beginning in approximately October, 2007, and continuing through on or about January, 2008, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania, including within the Commonwealth of Virginia, the defendant, **BENJAMIN RICHARD ECKERSON,** did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing or having reason to know that such visual depiction would be transported in interstate commerce; to wit, the defendant, **BENJAMIN RICHARD ECKERSON,** enticed a 15-year old child to produce pornographic images of herself and transmit such images to him by means of electronic communication.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT 2
### (Traveling Interstate for Sex with a Child)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December, 2007, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendant, **BENJAMIN RICHARD ECKERSON,** knowingly traveled interstate for the purpose of engaging in any sexual act with a person under 18 years of age; to wit, **the defendant, BENJAMIN RICHARD ECKERSON,** traveled from Moseley, Virginia, to Cumberland County, Pennsylvania, with the intention of engaging in sexual acts with a 15-year old child.

All in violation of Title 18, United States Code, Section 2423(b).

## COUNT 3
### (Enticing a Minor to Engage in Sex)

**THE GRAND JURY FURTHER CHARGES THAT:**

Beginning in approximately October, 2007, and continuing through on or about January 29, 2008, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, including within the Commonwealth of Virginia, the defendant, **BENJAMIN RICHARD ECKERSON**, did, by means of interstate commerce, knowingly persuade, induce, entice and coerce an individual who had not yet attained the age of 18 years, to engage in a sexual act for which any person can be charged with a criminal offense; to wit, the defendant, **BENJAMIN RICHARD ECKERSON**, enticed a 15-year old girl to engage in sexual intercourse through electronic communications including instant messenger and e-mail.

In violation of Title 18, United States Code, Section 2422(a).



*Martin C. Carlson*
MARTIN C. CARLSON
Acting United States Attorney

Dated: 2-18-2008