

## Pennsylvania Association of Nonprofit Organizations

777 East Park Drive, Suite 300, Harrisburg, PA 17111
Telephone 717-236-8584 Fax 717-236-8767 www.pano.org

**Board of Directors**

*President:* Lisa Myers, CPA
Boyer & Ritter, CPAs

*Vice President:* George Huff
Susquehanna Bank

*Secretary:* Mike Cherewka, Esquire
Law Office of Mike Cherewka

*Treasurer:* Virginia B. Henning, CPA
The Foundation of the
Pennsylvania Medical Society

Janice Anderson, Esquire

Margaret Barajas
Pennsylvania Association of Latino
Organizations

Vanessa Berger
The Brethren Home Foundation

Doug Berman
Beard Miller Company LLP (bmc)

Doug Byers
Graystone Bank

Margaret M. Dolan
Kelly Anne Dolan Memorial Fund

Jonathan Encarnacion
Centro Hispano Daniel Torres Inc.

Eric Forsythe
Open Hearth, Inc.

Lowman Henry
Lincoln Institute

Donald Kramer, Esquire
Montgomery, McCracken,
Walker & Rhoads

John Pastorek
Allegheny-Kiski Health Foundation

Charles Reynolds, CFRE

John Stillwaggon
Paparone, Stillwaggon & McGill

**Emeritus Society**
Dr. Edward G. Bachm, Jr.
Keystone College
Charles L. Huston, III
The Huston Foundation
James Kroh
Rev. Edward Trask

**PANO Executive Director:**
Joseph Geiger, CAE

March 3, 2008

To whom it may concern:

The Pennsylvania Association of Nonprofit Organizations (PANO) has recently agreed to an arrangement with Benjamin Eckerson to serve as a volunteer communications specialist.

Mr. Eckerson will assist our staff in refining our overall communications strategy and our marketing materials. He will also help with event planning for our annual Nonprofit Congress, which will be held on Thursday April 17, 2008.

In order for Mr. Eckerson to be of most value to our organization, I am requesting by this letter that he be allowed to have access to a computer for word processing and desktop publishing purposes. I will make arrangements to ensure that the computer will not provide access to the Internet.

I appreciate your consideration of this request. Should you have any questions, please do not hesitate to contact me at 717-236-8584.

Sincerely,

Jennifer Ross, CAE
Chief Information Officer

*PANO is the statewide membership organization serving and advancing the charitable nonprofit sector through leadership, advocacy, education and services in order to improve the quality of life in Pennsylvania.*

STANDARDS FOR