IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :      CRIMINAL NO. 1:CR-08-064
                              :      (Judge Rambo)
        V.                    :
                              :

BENJAMIN RICHARD ECKERSON    :

### SUPERSEDING FELONY INFORMATION

**THE UNITED STATES OF AMERICA CHARGES THAT:**

Beginning in approximately October, 2007, and continuing through approximately January, 2008, in the Eastern District of Virginia, the defendant, **BENJAMIN RICHARD ECKERSON,** did knowingly receive material; that is, digital images, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been mailed, shipped and transported in interstate commerce by means of the Internet.

All in violation of Title 18, United States Code, Section 2252(a)(2)(A) and 2252(b)(1).


*Martin C. Carlson*
MARTIN C. CARLSON
United States Attorney

Dated: _7-29-2008_